UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE  DIVISION

| | | |
|---|---|---|
| MYRTLE VANDERBILT | * | CIVIL ACTION NO. 09-0441 |
| VERSUS | * | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HANNA |

JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation.  After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.  Accordingly, it is

ORDERED that the Commissioner's decision be REVERSED, and the claimant is awarded appropriate benefits from November 1, 2001 until July 24, 2008.

IT IS FURTHER ORDERED that plaintiff's motion for remand [Rec. Doc. 19] be DENIED AS MOOT.

Lafayette, Louisiana, this 22nd day of June, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE